BANCO TERRITORIAL Y AGRICOLA *v.* CINTRON HERMANOS.

APPEAL from the District Court of Humacao.

No. 94.—Decided December 4, 1905.

APPEAL—CERTIORARI—CONSOLIDATION.—An appeal and a writ of *certiorari* are entirely different remedies, and a consolidation thereof is not authorized by sections 104 and 347 of the Code of Civil Procedure.

ID.—SUMMARY FORECLOSURE PROCEEDINGS.—An order of a district court denying a motion to suspend a second public sale ordered to be held in a summary foreclosure proceeding, is not an appealable order.

*Messrs. Lopez Landron, Hartzell and Rodriguez Serra* for Cintron Hermanos.

*Mr. Juan de Guzman Benitez* for the bank.

### STATEMENT OF THE CASE.

In summary proceedings brought in the District Court of Humacao by the Banco Territorial y Agricola against Cintron Hermanos, the latter filed a motion for liquidation of property, a settlement of accounts between creditor and debtor, and that a second sale be suspended until such liquidation and settlement of accounts should have been concluded. Thereupon the bank filed a motion to dismiss said motion and to expunge it from the record. Both motions having been

overruled, counsel for Cintron Hermanos took an appeal, and the bank made an application to the Supreme Court for a writ of *certiorari,* in connection with the same proceeding. In the Supreme Court, counsel for Cintron Hermanos filed a motion to consolidate the appeal taken by them and the application for à writ of *certiorari* made by the bank; counsel for the Banco Territorral y Agricola filed another motion in the Supreme Court to dismiss the appeal taken by Cintron Hermanos, on the ground that the decision appealed from was not applicable, either under articles 175 and 176 of the Regulations for the execution of the Mortgage Law, or under section 295 of the Code of Civil Procedure.

### OPINION OF THE COURT.

The appeal and the application for a writ of *certiorari,* the consolidation of which is sought by counsel for Cintron Hermanos, being two entirely different remedies, and such consolidation not being authorized by sections 104 and 347 of the Code of Civil Procedure, the motion is overruled. And with reference to the motion of the Banco Territorial y Agricola to dismiss the appeal taken by Cintron Hermanos from the order of the Humacao court of August 29th last, in view of the provisions of articles 175 and 176 of the Regulations for the execution of the Mortgage Law and section 295 of the Code of Civil Procedure in force, said motion is dismissed on the ground that the order appealed from is not appealable either under the Mortgage Law and the Regulations or under the new Code of Civil Procedure; and it is ordered that this decision, as to the second point, be communicated to the District Court of Humacao for the proper purposes.

*Dismissed.*

Chief Justice Quiñones, and Justices Hernandez, Figueras, MacLeary, and Wolf concurred.